UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.,

    Plaintiff(s)

    v.                    Civ. No. 96-1804(PG)

S.A. CHUPA CHUPS,

    Defendant(s)

RECEIVED & FILED
1999 SEP 20 PM 1:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| Docket #86 - Motion for Enlargement of Time | Granted |

Date: September 17, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



2