# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:   October 6, 1999

| | |
|---|---|
| PRODUCTOS BORDEN | |
| Plaintiff | |
| vs. | Civil 96-1804 (PG) |
| S.A. CHUPA CHUPS | |
| Defendant | |

By Order of the Court a meeting in chambers in the above captioned case, is hereby set for **Wednesday, October 20, 1999,** at 5:30 P.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Jorge Segurola
        Ana Matilde Nin