IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.,

Plaintiff

v.                                                    CIVIL 96-1804 (PG)

S.A. CHUPA CHUPS,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Reply Regarding Motion Informing Status of Discovery, etc., 9-1-99. | 75 | Moot. |
| Defendant's Opposition to "Motion to Compel Production of Documents by SACC's Announced Expert Witnesses," 10-7-99. | 77 | Moot. |
| Request for Notification of Orders and Judgments by Fax, 10-29-99. | 90 | Granted. |

In San Juan, Puerto Rico, this 1st day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)