IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.,

Plaintiff

v.                                          CIVIL 96-1804 (PG)

S.A. CHUPA CHUPS,

Defendant

## ORDER

This matter is before me on reference by the court of dockets numbered 59 and 73. Defendant's Supplemental Motion to Dismiss Pursuant to Rule 37 of the Federal Rules of Civil Procedure was referred to, although not specifically disposed of, in my report and recommendation of December 8, 1998. (Docket No. 79.) I consider the issue of the supplemental motion moot and rule accordingly in relation to Docket No. 59.

With regard to Docket No. 73, entitled: "Defendant's Supplemental Motion to Dismiss and Opposition to Plaintiff's Motion Informing Status of Discovery, Requesting Scheduling Order and Order to Compel Attendance to Deposition," the same has been rendered moot by my scheduling order of April 21, 1999. (Docket No. 85.)

Other rulings follow.

In San Juan, Puerto Rico, this 1st day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge