## NOTICE OF MEDIATION

### UNITED STATES DISTRICT COURT
#### FOR THE

### DISTRICT OF PUERTO RICO

Productos Borden, Inc.,
Plaintiff ,

v.

S.A. Chupa Chups,
Defendant.

BEFORE JUDGE A. DAVID MAZZONE
CIVIL ACTION NO. 96-1804 *(P6)*

RECEIVED & FILED
'00 FEB 15 AM 6: 5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

TAKE NOTICE that the above-entitled case has been scheduled for **MEDIATION** with principals present at **2:00 p.m., Monday, March 6, 2000** in Courtroom 184 on the first floor of the Federal Building, Carlos Chardon Avenue, Hato Rey, Puerto Rico.  If necessary, a second session will be held at **10:00 a.m., Tuesday, March 7.**

February 10, 2000

Frances Rios de Moran, Clerk

By:

Deputy Clerk

To:    **ALL COUNSEL OF RECORD**

94