# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:   April 3, 2000

| | |
|---|---|
| PRODUCTOS BORDEN | * |
| Plaintiff | * |
| vs. | *   Civil 96-1804 (PG) |
| S.A. CHUPA CHUPS | * |
| Defendant | * |

By Order of the Court a status conference in the above captioned case, is hereby set for **Tuesday, April 18, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

*(signature)*
Lida Isis Egelé
Courtroom Deputy

s/c:   Jorge Segurola
       Ana Matilde Nin