UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: AUGUST 17, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                    **CASE NO. CIVIL 96-1804**

======================================================================

PRODUCTOS BORDEN                                Attorneys:
                                                For Plaintiffs:

        VS
                                                For Defendant:
S.A. CHUPA CHUPS

======================================================================

By Order of the Court a status conference in the above-mentioned case is hereby set for **Thursday, September 7, 2000 at 4:00 PM.** Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

