UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

Plaintiff(s)

v.                              CIVIL NUMBER: 96-1804 (JAG)

S.A. CHUPA CHUPS

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 09/27/00<br>**Title:** Motion Requesting that Attached "Motion in Compliance with Order" be Filed Under Seal (By Dfts); Motion for Leave to File Motion Under Seal (By Plffs)<br>**Dockets:** 108, 109<br>[ ] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date: 09/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge