IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

    Plaintiff                            CIV. NO. 96-1804 (JAG)

    v.

S. A. CHUPA CHUPS

    Defendants

_____

### ORDER

The Court has reviewed the parties' simultaneous submissions indicating their respective positions concerning a possible settlement of this case. The Court believes that further negotiations will likely result in a settlement of the case. Accordingly, the Court schedules a settlement conference for November 28, 2000 at 4:00 p.m. Principals for each party, with authority to approve a settlement, shall be available in person or by telephone.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of October, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge


