UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**              DATE: NOVEMBER **16,** 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                **CASE NO. CIVIL 96-1804**

===================================================================

PRODUCTOS BORDEN                              Attorneys:
                                              For Plaintiffs:

         VS
                                              For Defendant:
S.A. CUPA CHUPS

===================================================================

By Order of the Court the settlement conference in the above-mentioned case set for November 28, 2000 is hereby advanced to **Wednesday, November 21, 2000 at 5:00 PM.**

**Parties to be notified.**

                                         _____
                                              LILY ALICEA
                                           COURTROOM DEPUTY


