UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

    Plaintiff(s)

        v.                CIVIL NUMBER: 96-1804 (JAG)

S.A. CHUPA CHUPS

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 12/15/00<br>**Title:** Joint Motion for Three Day Enlargement of Term to Submit Discovery Schedule<br>**Dockets:** 116<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** |

Date: December 19, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge