UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 96-1804 (JAG)

S.A. CHUPA CHUPS

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 12/20/00<br>**Title:** Joint Motion for Scheduling Order<br>**Dockets:** 117<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED** as requested, provided that the discovery schedule deadlines will be slated for 2001, not 2000. The Court assumes this was an inadvertent clerical error. |

**Date:** December 27, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

119