# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 96-1804 (JAG)

S.A. CHUPA CHUPS

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 01/17/01<br>**Title:** Motion Requesting Leave to Withdraw from Legal Representation<br>**Dockets:** 120<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED**. |

Date:  January 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

