UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

**Plaintiff(s)**

v.                                          **CIVIL NUMBER:** 96-1804 (JAG)

S.A. CHUPA CHUPS

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 09/12/01<br>**Title:** Joint Motion for Enlargement of Scheduling Order Dates<br>**Dockets:** 122<br>[ ] Plffs   [ ] Defts   [ ] Other | **DENIED.** The parties have had almost a year to complete their discovery and file dispositive motions. Any discovery is to be terminated on or before November 21, 2001. The Court will not entertain any dispositive motions.<br><br>A Pretrial/Settlement Conference is set for **November 28, 2001** at **3:30 p.m.** Counsel will have their respective principals available in person or by phone in connection with any settlement negotiations to be held on that date.<br><br>Counsel will also submit voir dire and both preliminary and final jury instructions at the Pretrial Conference and mark all documentary evidence in coordination with the Courtroom Deputy the day before.<br><br>Jury Trial is set for **December 10, 2001** at **9:30 a.m.** No continuance will be allowed. |

Date: September 19, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



