# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

    **Plaintiff(s)**

    v.                                 **CIVIL NUMBER:** 96-1804 (JAG)

S.A. CHUPA CHUPS

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 10/29/01<br>**Title:** Urgent Motion for Order to Compel Response to Discovery and for Sanctions<br>**Dockets:** 124<br>[ x ] **Plffs**   [ ] **Defts**   [ ] **Other** | Defendant S. A. Chupa Chups shall file a response to plaintiff Productos Borden, Inc.'s "Urgent Motion for Order to Compel Response to Discovery and for Sanctions" by **Friday, November 2, 2001** at **3:00 p.m.** The Court shall issue a ruling shortly thereafter. |

**Date:** November 1, 2001                JAY A. GARCIA-GREGORY
                                                      U.S. District Judge

(3) S. Cespedes (Thru Ana)
     J Sequeola (Thru Graciela)
     11/1/01

