IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

    Plaintiff(s)

    v.                                        CIVIL NO.  96-1804 (JAG)

S.A. CHUPA CHUPS

    Defendant(s)

---

## ORDER

The Court denies Borden's motion with respect to its request for sanctions. The Court orders counsel for both parties to meet and confer by **Thursday, November 8, 2001**, and attempt to reach a workable and mutually satisfactory agreement regarding all pending discovery. Should counsel fail to resolve their issues extrajudicially by November 9, the parties shall so inform the Court (via joint motion) by **Friday, November 9, 2001 at noon**. The Court will then hold a telephone conference with the parties on Friday, **November 9, 2001 at 5:00 p.m.** to resolve all pending discovery disputes. The Court would much prefer for the parties to resolve their discovery disputes among themselves, and regards the Friday telephone conference option as a measure of last resort.

    IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of November, 2001.

                                                                  JAY A. GARCIA-GREGORY
                                                                    United States District Judge