UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                         DATE: NOVEMBER 28, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**         CASE NO. CIV. 96-1804 (JAG)
===================================================================
PRODUCTOS BORDEN                          Attorneys: JORGE SEGUROLA
            VS
S.A. CHUPA CHUPS                          ANA MATILDE NIN

    Case called for pretrial/settlement conference. Proposed pretrial order discussed and some changes are to be made to the same. The same is to be filed after the corrections and or changes are made.

    Court grants the parties until December 4, 2001 to file the proposed voir dire, the final jury instructions, the proposed verdict forms and a short statement of the case. They have until December 6, 2001 to mark the exhibits and submit them to the Court. Defendant is granted the request to depose Mr. Jim Farmer. Plaintiff is to provide to defendant the last known address of Heinz Huber. Defendant is granted the request to depose Mr. Quinonez as to additional aspects he is taking into consideration in support of his expert report.

    Court proceeds to discuss the possibilities of settlement. After extensive discussions with the mediation of the Court they inform that a tentative settlement has been reached subject to approval of Chupa Chups. Parties are to inform the Court either tomorrow late in the afternoon or early Friday morning if the same has materialized.

    Parties to be notified.

                                                              _Lily Alicea_/Courtroom Deputy