UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: DECEMBER 4, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**       CASE NO. CIV 96-1804 (JAG)

================================================================

| | |
|---|---|
| PRODUCTOS BORDEN | Attorneys: JORGE SEGUROLA |
| VS | |
| S.A. CHUPA CHUPS | ANA MATILDE NIN |

Parties appear today at the request of the Court to inform as to the settlement of the case. Court is informed by the parties that they have a firm settlement agreement.

Court requests that the parties submit the settlement papers by December 18, 2001.

Parties to be notified.

                                        Lily Alicea-Courtroom Deputy


