UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

    Plaintiff(s)

    v.                                   CIVIL NUMBER: 96-1804 (JAG)

S.A. CHUPA CHUPS

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/18/01<br>**Title:** Motion for Enlargement of Time to Submit Settlement Stipulation<br>**Dockets:** 138<br>[ x ] Plffs  [ ] Defts  [ ] Other | **GRANTED.** No further extensions shall be granted. Failure to submit the settlement agreement by December 28, 2001 shall result in the imposition of sanctions. |

Date: December 19, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

Segurola - Graciela
Céspedes - Raquel
Nin