IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRODUCTOS BORDEN, INC.

    Plaintiff(s)

    v.                                 CIVIL NO. 96-1804 (JAG)

S.A. CHUPA CHUPS

    Defendant(s)

---

### JUDGMENT

On the basis of the Stipulation for Consented Judgment, the Court enters judgment dismissing this case with prejudice. The Court shall retain jurisdiction over the case to ensure compliance with the settlement terms.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of December, 2001.

                                          JAY A. GARCIA-GREGORY
                                          U.S. District Judge